

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
APR - 4 2001
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | |
|---|---|
| GREIG, ET AL.,<br>    Plaintiffs | No. 6:2000cv00603 |
| versus | Judge Doherty |
| CITY OF ST. MARTINVILLE, ET AL.,<br>    Defendants | Magistrate Judge Methvin |

### CITY OF ST. MARTINVILLE'S STIPULATION REGARDING ONE MAN, ONE VOTE PRINCIPLE

The City of St. Martinville (the "City") hereby stipulates for the purposes of this litigation, and this litigation only, that the districts from which members to the city council are elected, as presently constituted, are malapportioned in population in that some districts have significantly more persons than other districts, and that if an election were held using the districts as currently constituted, the one-man, one-vote provisions of the Constitution would be violated.[1]



---

[1] See, e.g., Turner v. McKeithen, 490 F.2d 191, 192 (5th Cir. 1973)("Prior to trial, the parties stipulated that the existing apportionment scheme was unconstitutional due to significant deviations from the 'one man — one vote' principle."); Burton v. Sheheen, 793 F.Supp. 1329, 1336 n. 2 (D.S.C. 1992)("At trial, all parties stipulated the existing plans were unconstitutionally apportioned because of gross population disparities among the districts in the respective plans."), vacated on other grounds sub nom. Statewide Reapportionment Advisory Committee v. Theodore, 508 U.S. 968 (1993). Tucker v. Burford, 603 F.Supp. 276, 277 (N.D. Miss. 1985)("In the present case, the defendants have conceded that the voting districts are malapportioned and must be redistricted.").

Respectfully submitted,

PERRET DOISE,
A Professional Law Corporation

BY: *Camille Bienvenu Poché*
GARY J. RUSSO, #10828
CAMILLE BIENVENU POCHÉ, #22597
600 Jefferson St., Ste. 1200
P.O. Drawer 3408
Lafayette, LA 70502-3408
Telephone:  (337) 262-9000
Fax:            (337) 262-9001

Attorneys for the City of St. Martinville

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been forwarded to all parties to this proceeding, by hand delivery, by facsimile transmission, or by depositing same in the United States mail, postage prepaid and properly addressed, this 4th day of April, 2001.

*Camille Bienvenu Poché*
Camille Bienvenu Poché

# PERRET DOISE
A PROFESSIONAL LAW CORPORATION

CAMILLE BIENVENU POCHÉ
CPoche@perretdoise.com

SUITE 1200, FIRST NATIONAL BANK TOWERS
600 JEFFERSON STREET
LAFAYETTE, LOUISIANA 70501
TELEPHONE (337) 262-9000
FACSIMILE (337) 262-9001

MAILING ADDRESS
P O DRAWER 3408
LAFAYETTE, LOUISIANA 70502-3408

OUR FILE NUMBER
2089.00

RECEIVED
APR - 4 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

April 4, 2001

**VIA HAND DELIVERY**

Clerk of Court
U. S. District Court
Western District of Louisiana
800 Lafayette St., Suite 2100
Lafayette, LA 70501

Re: Errol Greig, et al. vs. City of St. Martinville, et al., No. 6:2000cv00603
U.S.D.C., Western District of Louisiana, Lafayette-Opelousas Division
Judge Doherty, Magistrate Judge Methvin

Dear Sir/Madame:

Enclosed is the original and one copy of the City of St. Martinville's Stipulation Regarding One Man, One Vote Principle. Please file the original into the record of the above-referenced matter, stamp the enclosed copy with filing information, and return the stamped copy to the courier delivering this letter.

Thanking you for your assistance, I remain

Sincerely,

Camille Bienvenu Poché

CPB/agl  coc06.wpd
cc: (w/enclosures)
   Honorable Rebecca Doherty (via hand delivery)
   Mr. Michael Zwibelman (via facsimile and mail)
   Mr. Richard Spears (via facsimile and mail)
   Client

F:\DATA\GJR\2089.00 CityofSt.Martinville\letters\coc06.wpd