

```
                                            U.S. DISTRICT COURT
                                        WESTERN DISTRICT OF LOUISIANA
         UNITED STATES DISTRICT COURT              FILED
         WESTERN DISTRICT OF LOUISIANA
         LAFAYETTE/OPELOUSAS DIVISION          JUL 1 2 2001

                                            ROBERT H. SHEMWELL, CLERK
                                            BY_____
                                                              DEPUTY
```

GREIG, ET AL.,                          )
                                        )
         Plaintiffs,            )    No. 6:2000cv00603
                                        )
  v.                                    )    Judge Doherty
                                        )    Mag. Judge Methvin
                                        )
CITY OF ST. MARTINVILLE, ET AL.,        )
                                        )
         Defendants.            )
                                        )

## UNITED STATES' NOTICE OF VOLUNTARY DISMISSAL

    The United States respectfully submits this notice of voluntary dismissal pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

    On March 29, 2000, private plaintiffs filed suit in the above-captioned case against the City of St. Martinville, alleging constitutional and statutory violations resulting from the City's failure to conduct a city council election since 1990. The plaintiffs also named the United States as a defendant. On June 5, 2000, the United States was dismissed as a defendant and realigned as a plaintiff as a result of the United States' cross-claim against Defendant City of St. Martinville based on Section 2 of the Voting Rights Act, 42 U.S.C. 1973. The United States' cross-claim against the City was filed on June 2, 2000. To date, Defendant City of St. Martinville has not filed an Answer to the United States' June 2, 2000 cross-claim.



Because this Notice of Voluntary Dismissal has been filed "before service by the adverse party of an answer," the United States' action to voluntarily dismiss its claims "may be [taken] ... without order of court." Fed. R. Civ. P. 41(a)(1); 41(c) ("The provisions of this rule apply to the dismissal of any counterclaim, cross-claim, or third-party claim.").

WHEREFORE, the United States respectfully DISMISSES its claims under Section 2 of the Voting Rights Act, 42 U.S.C. 1973, against Defendant City of St. Martinville pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

WILLIAM R. YEOMANS
Acting Assistant Attorney
  General for Civil Rights

_____
JOSEPH D. RICH
ROBERT A. KENGLE
MICHAEL A. ZWIBELMAN, T.A.
Attorneys
Voting Section
Civil Rights Division
U.S. Department of Justice
P.O. Box 66128
Washington, D.C. 20035-6128
(202) 514-6450

**CERTIFICATE OF SERVICE**

I hereby certify that copies of Plaintiff United States' Notice of Voluntary Dismissal have been served by first class mail this /2th day of July, 2001, to the following:

Richard A. Spears
211 East Main Street
P.O. Box 11858
New Iberia, Louisiana   70562-1858

Gary J. Russo
Camille B. Poche
Perret Doise
P.O. Drawer 3408
Lafayette, Louisiana   70502-3408

_____
Michael A. Zwibelman, T.A.
Attorney, Voting Section
U.S. Department of Justice
Civil Rights Division
P.O. Box 66128
Washington, DC   20035-6128
(202) 514-6450