

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/28/2001
BY _____

| | | |
|---|---|---|
| GREIG, ET AL., | | No. 6:2000cv00603 |
| Plaintiffs | | |
| versus | | Judge Doherty |
| CITY OF ST. MARTINVILLE, ET AL., | | |
| Defendants | | Magistrate Judge Methvin |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING the foregoing Motion to Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that (i) the redistricting plan adopted on June 27, 2001 by the City Council of the City of St. Martinville pursuant to Ordinance No. 2001-5 complies with the one person, one vote requirements of the United States Constitution, thus rendering moot the claims of the Plaintiffs against the City of St. Martinville and (ii) this action be and is hereby dismissed with prejudice.

Signed at Lafayette, Louisiana, this 28 day of Sept, 2001.

_____
UNITED STATES DISTRICT JUDGE

COPY S___ by e-mail
DATE 9-28-01
BY _____
TO Gene Smith

COPY SENT:
DATE: 10-1-01
BY: ____
TO: Spears
Russo
Loepp

F:\DATA\GJR\2089 00 CityofSt Martinville\pleadings\mot-dismiss-city01.wpd